AO 83 (Rev. 12/85) Summons in a Criminal Case

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

# UNITED STATES DISTRICT COURT
## District of Hawaii

MAR 3 1 2006

at __10__ o'clock and __55__ min. __A__ M
SUE BEITIA, CLERK

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: CR 04-00243 DAE 02 |
| Wesley Uemura | |
| SEALED INFORMATION | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | COURTROOM 6 |
| | Date and Time |
| Before: Barry M. Kurren, United States Magistrate Judge | 03/29/2006 @ 10:00 a.m. |

To Answer a(n) **SECOND** Superseding Indictment

Charging you with a violation of Title 18 United States Code, Section(s) 371; 1341.

Brief description of offense:
Title 18 U.S.C. § 371 - CONSPIRACY TO DEFRAUD THE UNITED STATES- Count 1

Title 18 U.S.C. § 1341 - Mail FRAUDS AND SWINDLES - Counts 20 thru 33.

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here
3/23/06

Sent To: Wesley Uemura
Street, Apt No. or PO Box No.: 1620 B Alewa Drive
City, State, ZIP+4: Honolulu, HI 96817

2006 MAR 17 PM 12:07
U.S. MARSHALS SERVICE
HONOLULU, HI
RECEIVED

March 17, 2006
Date

AO 83 (Rev. 12/85) Summons in a Criminal Case

CR 04-00243 DAE 02
(02) WESLEY UEMURA

## RETURN OF SERVICE

Service as made by me on:[1]                                   Date

Check one box below to indicate appropriate method of service

☐   Served personally upon the defendant at: _____

☐   Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address
Name of person with whom the summons was left:_____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service is true and correct.

Mark M. Hanohano

Returned on _____   _____
                 Date                  Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Wesley S. Uemura*  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Wesley S. Uemura |
| Article Addressed to:<br>Wesley Uemura<br>1620 B Alewa Drive<br>Honolulu, HI 96817 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1820 0002 1810 5341 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |