# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

8/21/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR04-00243DAE

CASE NAME:        USA v. (01) Michael Furukawa
                          (02) Wesley Uemura
                          (03) Dennis Hirokawa
                          (04) Richard Okada

ATTYS FOR PLA:    Lawrence Tong
                  Lawrence Goya

ATTYS FOR DEFT:   (01) Howard Luke
                  (02) Clifford Hunt
                  (03) Dana Ishibashi, Special Appearance for Keith Shigetomi
                  (04) Dana Ishibashi

INTERPRETER:

---

JUDGE:   Kevin S. C. Chang          REPORTER:   FTR C5

DATE:    8/21/2006                  TIME:       10:00-10:19am

---

COURT ACTION:  EP:  Final Pretrial Conference - presence waived as to defendants 01, 02, 03 and 04.

**CRIMINAL FINAL PRETRIAL CONFERENCE**

Jury Trial before Judge David Alan Ezra on September 19, 2006 at 9:00.a.m..

Representations by counsel on trial time:
The United States: 4-6 weeks total.  Government's case in chief - 3 weeks.  Government intends to call between 30-40 witnesses.

Defendants agree with the government's estimate for the length of trial.

Defendant 01 intends to call no more than 5-6 witnesses, one of which will be an expert witness.

Defendant 02 intends to call no more than 6 witnesses and will utilize the same expert as

defendant 01.

Fed . R. Crim. P. 16(a) (1) (C) (E) disclosures made as to Defendants:

1.  Fed. R. Evid. 404(b) : August 23, 2006
2.  a.    Motions in Limine filed and served by : September 5, 2006 (per Judge Ezra)
    b.    Memoranda in opposition to motions in limine filed and served by:
          September 12, 2006 (per Judge Ezra).
3.  Brady and Giglio Material by: government to provide the Friday before trial.
4.  a.    Jury Instructions exchanged by August 30, 2006.
    d.    Filings required by 4(b) & (c) by: September 6, 2006.
5.  Witness Lists per stipulation by September 12, 2006.  (Government requests to
    submit the witness list sometime prior to the trial date due to the amount of
    witnesses).    Defendant 01 requests that the government provide/disclose one
    week prior to trial the witnesses that are known to the prosecution.
6.  Exhibits
    a.    Parties will exchange exhibits.
    b.    Original exhibits tabbed and in folders/binders, copy in folders/binders.
7.  Stipulations: In writing and filed by September 6, 2006.  Counsel to work on
    stipulating to the authenticity of records.
8.  Voir Dire Questions: one week before trial per the government
9.  Trial Briefs: no later than one week before trial per the government.
10. Jencks Disclosures by the Friday before trial
11. Other Matters: Mr. Ishibashi to speak with Mr. Shigetomi as to what has been
    represented to the court as to his client.  If there is anything different, he will notify
    Mr. Tong and the court will schedule a Further Status Conference.
12. N/A

Submitted by: Shari Afuso, Courtroom Manager

CR04-243DAE
USA v. (01) Michael Furukawa, et al.
Final Pretrial Conference Minutes
8/21/2006