CLIFFORD HUNT 3425
333 Queen Street, Suite 612
Honolulu, Hawaii 96813
(808) 545-4050; FAX: (808) 544-0007
E-mail: NOTGUILTY007@msn.com

ATTORNEY FOR DEFENDANT
WESLEY UEMURA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | Cr. No. 04-00243 DAE |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | DEFENDANT UEMURA'S |
| | ) | SUPPLEMENTAL JURY INSTRUCTIONS |
| MICHAEL FURUKAWA,    (01) | ) | TRIAL: September 19, 2006 |
| WESLEY UEMURA,    (02) | ) | |
| DENNIS HIROKAWA,    (03) | ) | JUDGE: DAVID A. EZRA |
| RICHARD OKADA,    (04) | ) | |
| Defendants. | ) | |

### DEFENDANT UEMURA'S SUPPLEMENTAL JURY INSTRUCTIONS

Defendant WESLEY UEMURA, through counsel undersigned, pursuant to CrimLR30.1 and LR51.1, respectfully requests that in addition to the agreed upon instructions and the Court's standard instructions, the attached supplemental instruction be given to the jury.

DATED: Honolulu, Hawaii, September 6, 2006

/S/ CLIFFORD HUNT
Attorney for Defendant
WESLEY UEMURA

Defendant Uemura's Supplemental Instruction No. 1

You have heard testimony from Harry Shibuya, Arthur Inada, Bert Shiosaki, Herbert Hirota, Roy Shimotsukasa, and Roy Yoshida. Each of these witnesses has received benefits and favored treatment from the government in connection with this case in exchange for pleading guilty to crimes arising out of the same events for which the defendants are on trial. These guilty pleas are not evidence against any of the defendants, and you may consider the pleas only in determining the witnesses' believability.

For these reasons, in evaluating the testimony of Harry Shibuya, Arthur Inada, Bert Shiosaki, Herbert Hirota, Roy Shimotsukasa and Roy Yoshida, you should consider the extent to which or whether each such person's testimony may have been influenced by their receiving benefits and favored treatment for their guilty pleas. In addition, you should examine their testimony with greater caution than that of other witnesses.

Ninth Circuit Manual of Model Criminal Jury Instructions no. 4.9
(2006 ed.)(modified)