CLIFFORD HUNT 3425
333 Queen Street, Suite 612
Honolulu, Hawaii 96813
(808) 545-4050; FAX: (808) 544-0007
E-mail: NOTGUILTY007@msn.com

ATTORNEY FOR DEFENDANT
WESLEY UEMURA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 04-00243 DAE |
| | ) | |
| Plaintiff, | ) | DEFENDANT UEMURA'S PROPOSED |
| vs. | ) | VOIR DIRE QUESTIONS |
| | ) | |
| MICHAEL FURUKAWA, (01) | ) | TRIAL: September 19, 2006 |
| WESLEY UEMURA, (02) | ) | |
| DENNIS HIROKAWA, (03) | ) | JUDGE: DAVID A. EZRA |
| RICHARD OKADA, (04) | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT UEMURA'S PROPOSED VOIR DIRE QUESTIONS

Defendant WESLEY UEMURA, through counsel undersigned, respectfully requests that the attached proposed voir dire questions be asked of the jury.

DATED: Honolulu, Hawaii, September 6, 2006.

/S/ CLIFFORD HUNT
Attorney for Defendant
WESLEY UEMURA

## DEFENDANT UEMURA'S PROPOSED VOIR DIRE QUESTIONS

1. Have you, any family members or friends ever been employed by, or connected with, any federal, state, or local law enforcement agency? [This includes any police, sheriff, ATF, FBI, DEA, etc.]?

2. Have you or any family members or friends ever worked for the United States government or the State of Hawaii? Please tell us about yours or their experience.

3. Have you or any family members ever owned a business? If so, who was the person, that owned the business and what type of business was it?

4. Have you or any family members or friends ever worked for or owned companies that bid on construction or repair contracts with any federal, state, or local government agency? If so, who was the person that did the bidding and how did they feel about the process?

5. Have you or anyone you know ever worked for or done business with any companies that do construction or repair work? Please tell us about yours or their experience.

6. The charges in this case are that the defendants, Michael Furukawa, Wesley Uemura, Dennis Hirokawa and Richard Okada, conspired amongst themselves,

and with others, to defraud the State of Hawaii by allegedly bypassing established contracting procedures for small purchase contracts for repair work done at the Honolulu International Airport during approximately 1997 through 2002. In essence, the government alleges that that the defendants, Michael Furukawa, Wesley Uemura, Dennis Hirokawa and Richard Okada knowingly engaged in the unlawful rigging of bidding contracts for repair work at the airport and that defendants Micheal Furukawa and Wesley Uemura submitted inflated invoices for the repair work.  What do you remember reading, seeing or hearing about this case? As a result of what you read, saw or heard, have you formed any opinions about the defendants or this case?

7. Do you believe that the defendants, Michael Furukawa, Wesley Uemura, Dennis Hirokawa and Richard Okada broke any laws or did anything illegal? If so, why do you believe this?

8. In a case where the prosecution has accused contractors of over-charging the State of Hawaii on their invoices, who would you start out favoring, the State or the contractors? Why?