EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

LAWRENCE L. TONG   3040
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Larry.Tong@usdoj.gov

LAWRENCE A. GOYA   2476
Special Assistant U.S. Attorney
425 Queen Street, Third Floor
Honolulu, Hawaii 96813
Telephone: (808) 586-1160
Facsimile: (808) 586-1375
E-Mail: Lawrence.A.Goya@hawaii.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00243 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | UNITED STATES' WITNESS LIST; |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| MICHAEL FURUKAWA,    (01) | ) | |
| WESLEY UEMURA,      (02) | ) | Trial: September 20, 2006 |
| DENNIS HIROKAWA,    (03) | ) | |
| RICHARD OKADA,      (04) | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

<u>UNITED STATES' WITNESS LIST</u>

The United States submits its Witness List attached hereto.

Dated: Honolulu, Hawaii, September 14, 2006.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


<u>/s/ Lawrence L. Tong</u>
LAWRENCE L. TONG
Assistant U.S. Attorney
LAWRENCE A. GOYA
Special Assistant U.S. Attorney

# UNITED STATES DISTRICT COURT
## District of Hawaii

**United States of America    vs.    Michael Furukawa (01)    Cr. No. 04-00243 DAE**
**Wesley Uemura (02)**
**Dennis Hirokawa (03)**
**Richard Okada (04)**

## GOVERNMENT'S WITNESS LIST

| No. | Witness Name |
|-----|--------------|
| 1 | Allan Castro |
| 2 | Hal Fitchett |
| 3 | Penn Galban |
| 4 | Kenneth Goldblatt |
| 5 | Anne Hayashi |
| 6 | Ross Higashi |
| 7 | Herbert Hirota |
| 8 | Stanley Ichioka |
| 9 | Melvin Ikeda |
| 10 | Arthur Inada |
| 11 | Robert Lee |
| 12 | Lisa Matsuoka, or C/R State of Hawaii |
| 13 | Michael Masutani |
| 14 | Stanford Miyamoto |
| 15 | Ernest Moritomo |
| 16 | SA Mark Nakatsu |
| 17 | Ben Ohta |
| 18 | Boyd Sakai |
| 19 | Charles Seabury |

| No. | Witness Name |
|-----|--------------|
| 20 | Harry Shibuya |
| 21 | Roy Shimotsukasa |
| 22 | Bert Shiosaki |
| 23 | Alaric Sokugawa |
| 24 | Dawn Takara |
| 25 | Dean Takayama |
| 26 | Reuben Takeshita |
| 27 | Ernest Tanaka |
| 28 | Sheila Walters, or C/R State of Hawaii DAGS |
| 29 | SA David Warren |
| 30 | Stanley Yamada |
| 31 | Kurt Yamasaki, or C/R fiscal office, State of Hawaii Airports Division |
| 32 | Ross Yamashiro |
| 33 | Roy Yoshida |
| 34 | C/R, Central Pacific Bank |
| 35 | C/R, American Savings Bank |
| 36 | C/R, First Hawaiian Bank |
| 37 | C/R, Hawaii FCU |

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, on the dates and by the methods of service noted below, the true and correct copy of the foregoing was served on the following at their last known address:

Served electronically through CM/ECF:

CLIFFORD B. HUNT, ESQ.                September 14, 2006
notguilty007@msn.com

Attorney for Defendant
WESLEY UEMURA


DANA S. ISHIBASHI                     September 14, 2006
ishibashi@aol.com

Attorney for Defendant
RICHARD OKADA


HOWARD K.K. LUKE, ESQ.                September 14, 2006
howardkkluke@hawaii.rr.com

Attorney for Defendant
MICHAEL FURUKAWA


Served by first class mail:

KEITH S. SHIGETOMI, ESQ.             September 14, 2006
711 Kapiolani Blvd., Suite 1440
Honolulu, HI 96813

Attorney for Defendant
DENNIS HIROKAWA


DATED:  Honolulu, Hawaii, September 14, 2006.


                                      /s/ Janice Tsumoto