```
DANA S. ISHIBASHI  4187
Attorney at Law

568 HALEKAUWILA STREET, 2nd Floor
HONOLULU, HAWAI'I  96813
TELEPHONE: (808) 524-5690
FACSIMILE: (808) 545-2628
E-MAIL: ishibashid@aol.com

Attorney for Defendant
RICHARD OKADA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,   )<br>           )<br>        Plaintiff,    )<br>   VS.                    )<br>           )<br>MICHAEL FURUKAWA,      (01) )<br>WESLEY UEMURA,         (02) )<br>DENNIS HIROKAWA, and   (03) )<br>RICHARD OKADA.         (04) )<br>           )<br>        Defendants.    )<br>_____) | CR NO. 04-00243 DAE<br><br><br><br><br>CERTIFICATE OF SERVICE | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2006, the Richard Okada's Witness List was served on the following parties:

**LARRY TONG**   [by electronic filing]
Assistant United States Attorney
PJKK Federal Building, Room 6100
300 Ala Moana Boulevard
Honolulu, Hawaii  96813

**HOWARD LUKE**   [by electronic filing]
Ocean View Center, Suite 610
707 Richards Street
Honolulu, Hawai'i 96813
    Attorney for Defendant Michael Furukawa (01)

**CLIFFORD HUNT**     [by electronic filing]
345 Queen Street, Suite 915
Honolulu, Hawai'i 96813
    Attorney for Defendant Wesley Uemura (02)

**KEITH S. SHIGETOMI**   [by other means]
Pacific Park Plaza, Suite 1440
711 Kapiolani Blvd.
Honolulu, Hawai'i 96813
    Attorney for Defendant Dennis Hirokawa (03)

DATED: Honolulu, Hawai'i, September 14, 2006.

                                          DANA S. ISHIBASHI
                                          ATTORNEY FOR RICHARD OKADA