CLIFFORD HUNT 3425
333 Queen Street, Suite 612
Honolulu, Hawaii 96813
(808) 545-4050; FAX: (808) 544-0007
E-mail: NOTGUILTY007@msn.com

ATTORNEY FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | Cr. No. 04-00243 DAE |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | DEFENDANT WESLEY UEMURA'S WITNESS LIST |
| MICHAEL FURUKAWA, (01) | ) | |
| WESLEY UEMURA, (02) | ) | TRIAL: September 20, 2006 |
| DENNIS HIROKAWA, (03) | ) | |
| RICHARD OKADA, (04) | ) | JUDGE: DAVID A. EZRA |
| Defendants. | ) | |

### DEFENDANT WESLEY UEMURA'S WITNESS LIST

Defendant WESLEY UEMURA, through counsel undersigned, submits the attached witness list.

DATED: Honolulu, Hawaii, September 18, 2006

/S/  CLIFFORD HUNT
Attorney for Defendant
WESLEY UEMURA

UNITED STATES DISTRICT COURT
District of Hawaii

<u>United States of America vs. Michael Furukawa, et al.</u> Cr. No. 04-00243 DAE

Defendant Wesley Uemura's Witness List

| No. | Witness Name |
|-----|--------------|
| 1 | Allan Castro |
| 2 | Harold Fitchett |
| 3 | Kirk Inouye |
| 4 | Yoshio Komatsu |
| 5 | Mark Nakatsu |
| 6 | Glenn Yoshida |
|   | All witnesses listed by the parties to this action |