CLIFFORD HUNT 3425
333 Queen Street, Suite 612
Honolulu, Hawaii 96813
(808) 545-4050; FAX: (808) 544-0007
E-mail: NOTGUILTY007@msn.com

ATTORNEY FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 04-00243 DAE |
| | ) | |
| Plaintiff, | ) | DEFENDANT WESLEY UEMURA'S |
| vs. | ) | EXHIBIT LIST |
| | ) | |
| MICHAEL FURUKAWA, (01) | ) | TRIAL: September 20, 2006 |
| WESLEY UEMURA, (02) | ) | |
| DENNIS HIROKAWA, (03) | ) | JUDGE: DAVID A. EZRA |
| RICHARD OKADA, (04) | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

DEFENDANT WESLEY UEMURA'S EXHIBIT LIST

Defendant WESLEY UEMURA, through counsel undersigned, submits the

attached exhibit list.

DATED: Honolulu, Hawaii, September 18, 2006

/S/  CLIFFORD HUNT
Attorney for Defendant
WESLEY UEMURA

UNITED STATES DISTRICT COURT
District of Hawaii

United States of America vs. Michael Furukawa, et al. Cr. No. 04-00243 DAE

Defendant Wesley Uemura's Exhibit List

| No. | Description | Date Offered | Marked | Admitted |
|-----|-------------|--------------|--------|----------|
| 02-01 | Complaint filed December 18, 2003 in the 1st Circuit Court, State of Hawaii, Civil No. 03-1-2501-12 (Civ. No. 03-1-2501-12) | | | |
| 02-02 | Return and Acknowledgement of Service for Arthur Inada filed December 23, 2003 in Civ. No. 03-1-2501-12 | | | |
| 02-03 | Defendant Arthur Inada's Answer to Complaint filed April 6, 2004 in Civ. No. 03-1-2501-12 | | | |
| 02-04 | Hawaii State Department of Labor Hours and Earnings, Natural Resources, Mining & Construction 2001 to 2005 | | | |
| 02-05 | Undated report entitled "Airport Investigations" by H. Murray Hohns Associates Bate Stamped 000014419-000014443 (25 pages) | | | |
| 02-06 | Portions of RS Means Repair and Remodeling Estimating Methods, Fourth Edition, 2002 | | | |
| | | | | |
| | | | | |
| | | | | |

2

| No. | Description | Date Offered | Marked | Admitted |
|-----|-------------|--------------|--------|----------|
|     |             |              |        |          |
|     |             |              |        |          |
|     |             |              |        |          |
|     |             |              |        |          |
|     |             |              |        |          |
|     |             |              |        |          |
|     |             |              |        |          |
|     |             |              |        |          |
|     |             |              |        |          |
|     |             |              |        |          |
|     |             |              |        |          |
|     |             |              |        |          |