## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

| | | |
|---|---|---|
| Lawrence Tong | Larry.Tong@usdoj.gov | September 18, 2006 |
| Lawrence A. Goya | Lawrence.A.Goya@hawaii.gov | September 18, 2006 |
| Howard K. K. Luke | howardkkluke@hawaii.rr.com | September 18, 2006 |
| Dana S. Ishibashi | ishibashid@aol.com | September 18, 2006 |
| Keith S. Shigetomi | shige3380@aol.com | September 18, 2006 |

DATED: Honolulu, Hawaii, September 18, 2006.

/s/ Clifford Hunt