Hawaii, Department of Transportation, Airports Division as the Administrator for the Visitor Information Program.

DATED: September 20, 2006 at Honolulu, Hawaii.

| | |
|---|---|
| | EDWARD H. KUBO, JR.<br>United States Attorney<br>District of Hawaii |
| /s/ Howard K.K. Luke<br>HOWARD K. K. LUKE, ESQ.<br>Attorney for Defendant<br>Michael Furukawa | |
| | /s/ Lawrence L. Tong<br>LAWRENCE L. TONG<br>Assistant U.S. Attorney |
| /s/ Clifford Hunt<br>CLIFFORD HUNT, ESQ.<br>Attorney for Defendant<br>Wesley Uemura | LAWRENCE A. GOYA<br>Special Assistant U.S. Attorney<br>Attorneys for Plaintiff<br>United States of America |
| /s/ Keith Shigetomi<br>KEITH SHIGETOMI, ESQ.<br>Attorney for Defendant<br>Dennis Hirokawa | |
| /s/ Dana Ishibashi<br>DANA ISHIBASHI, ESQ.<br>Attorney for Defendant<br>Richard Okada | |

U.S. v. Michael Furukawa, et al.
Cr. No. 04-00243 DAE
TRIAL STIPULATION RE POSITIONS HELD BY
DEFENDANTS DENNIS HIROKAWA AND RICHARD OKADA