EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

LAWRENCE L. TONG   3040
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Larry.Tong@usdoj.gov

LAWRENCE A. GOYA   2476
Special Assistant U.S. Attorney
425 Queen Street, Third Floor
Honolulu, Hawaii 96813
Telephone: (808) 586-1160
Facsimile: (808) 586-1375
E-Mail: Lawrence.A.Goya@hawaii.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00243 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | TRIAL STIPULATION RE |
| vs. | ) | AUTHENTICITY OF CITY BANK |
| | ) | RECORDS |
| MICHAEL FURUKAWA, (01) | ) | |
| WESLEY UEMURA, (02) | ) | Trial: September 19, 2006 |
| DENNIS HIROKAWA, (03) | ) | |
| RICHARD OKADA, (04) | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

TRIAL STIPULATION RE AUTHENTICITY OF CITY BANK RECORDS

The United States and defendants, through their

counsel, have stipulated, or agreed, to certain facts.  This means you are to regard those facts as having been proven.  The facts to which they have agreed are as follows:

Government exhibit 63 consists of true and correct copies of checks drawn on City Bank checking account # 316589201 maintained by Wesley S. Uemura, doing business as Wes' Contracting.  Government exhibit 64 consists of true and correct copies of checks drawn on City Bank checking account # 339132901 maintained by Hammer Jammers, Inc.

The parties agree that government exhibits 63 and 64 were regularly made and created by City Bank, were kept by City Bank in the ordinary course of their business activity, and are presently maintained by Central Pacific Bank, City Bank's successor, in the ordinary course of its business.  The parties further agree that such exhibits may be admitted into evidence

///
///
///
///
///
///
///
///

without the need for foundational testimony, subject to any relevancy objections.

       DATED: September 20, 2006 at Honolulu, Hawaii.

```
                                    EDWARD H. KUBO, JR.
/s/ Howard K.K. Luke                United States Attorney
HOWARD K. K. LUKE, ESQ.             District of Hawaii
Attorney for Defendant
Michael Furukawa
                                    /s/ Lawrence L. Tong
                                    LAWRENCE L. TONG
/s/ Clifford Hunt                   Assistant U.S. Attorney
CLIFFORD HUNT, ESQ.                 LAWRENCE A. GOYA
Attorney for Defendant              Special Assistant U.S. Attorney
Wesley Uemura                       Attorneys for Plaintiff

/s/ Keith Shigetomi
KEITH SHIGETOMI, ESQ.
Attorney for Defendant
Dennis Hirokawa

/s/ Dana Ishibashi
DANA ISHIBASHI, ESQ.
Attorney for Defendant
Richard Okada
```

U.S. v. Michael Furukawa, et al.
Cr. No. 04-00243 DAE
TRIAL STIPULATION RE AUTHENTICITY OF CITY BANK RECORDS