# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/24/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00243DAE |
| CASE NAME: | USA v. (01) Michael Furukawa<br>(02) Wesley Uemura<br>(03) Dennis Hirokawa<br>(04) Richard Okada |
| ATTYS FOR PLA: | Lawrence L. Tong<br>Lawrence A. Goya |
| ATTYS FOR DEFT: | (01) Howard K.K. Luke<br>(02) Clifford B. Hunt<br>(03) Keith Shigetomi<br>(04) Dana Ishibashi |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 10/24/2006 | TIME: | 9:30am-12:00am<br>1:30pm-4:20pm |

COURT ACTION:  EP: Further Jury Trial-13th day.

Defendant (01) Michael Furukawa, present not in custody.

Defendant (02) Wesley Uemura, present not in custody.

Defendant (03) Dennis Hirokawa, present not in custody.

Defendant (04) Richard Okada, present not in custody.

12 jurors, 2 alternates present.

Defendant (03) Dennis Hirokawa testifies.

Defendant (03) Dennis Hirokawa's exhibit received: 03-01

Defendant (03) Dennis Hirokawa rests his case.

Defendant (04) Richard Okada testifies.

Defendant (04) Richard Okada's exhibits received: 04-146, 04-147, 04-148, 04-149

Further Jury Trial, 14th day- continued to 10/25/2006 @9:30amDAE.

Submitted by:  Theresa Lam, Courtroom Manager