IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00243 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | VERDICT |
| vs. | ) | |
| | ) | |
| WESLEY UEMURA, (02) | ) | |
| | ) | |
| Defendants. | ) | |

## VERDICT

We, the jury, in the above-entitled cause, find the Defendant, WESLEY UEMURA:

**AS TO COUNT 1**

_____ Not Guilty.      \_\_\_X\_\_\_ Guilty.

**AS TO COUNT 20**

_____ Not Guilty.      \_\_\_X\_\_\_ Guilty.

**AS TO COUNT 21**

_____ Not Guilty.      \_\_\_X\_\_\_ Guilty.

**AS TO COUNT 22**

_____ Not Guilty.      \_\_\_X\_\_\_ Guilty.

**AS TO COUNT 23**

_____ Not Guilty.      \_\_\_X\_\_\_ Guilty.

**AS TO COUNT 24**

_____ Not Guilty.          ___X___ Guilty.

**AS TO COUNT 25**

_____ Not Guilty.          ___X___ Guilty.

**AS TO COUNT 26**

_____ Not Guilty.          ___X___ Guilty.

**AS TO COUNT 27**

_____ Not Guilty.          ___X___ Guilty.

**AS TO COUNT 28**

_____ Not Guilty.          ___X___ Guilty.

**AS TO COUNT 29**

_____ Not Guilty.          ___X___ Guilty.

**AS TO COUNT 30**

_____ Not Guilty.          ___X___ Guilty.

**AS TO COUNT 31**

_____ Not Guilty.          ___X___ Guilty.

**AS TO COUNT 32**

_____ Not Guilty.          ___X___ Guilty.

2

**AS TO COUNT 33**

_____ Not Guilty.           __X__ Guilty.

DATED: _October 27, 2006_, at Honolulu, Hawaii.

SIGNED: _____
                FOREPERSON