IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> (01) MICHAEL FURUKAWA, (02) ) <br> WESLEY UEMURA, (03) DENNIS ) <br> HIROKAWA and (04) RICHARD ) <br> OKADA, ) <br> ) <br> Defendant(s). | CR. 04-00243DAE <br><br><br> RECEIPT FOR EXHIBITS <br><br> FILED IN THE <br> UNITED STATES DISTRICT COURT <br> DISTRICT OF HAWAII <br><br> OCT 3 0 2006 <br> at __10__ o'clock __50__ min __M <br> SUE ___ CLERK |

I, Lawrence L. Tong of U.S. Attorney's Office, the designated Court custodian of all exhibits on the attached list herein, acknowledge receipt of said exhibits and assume full responsibility for the preservation and maintenance of said exhibits until the final disposition of this case.

DATED:   Honolulu, Hawaii,   __10-30-06__

_____
Signature

Attorney for:
**UNITED STATES OF AMERICA**