IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. 04-00243DAE |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | RECEIPT FOR EXHIBITS |
| | ) | |
| (01) MICHAEL FURUKAWA, (02) WESLEY UEMURA, (03) DENNIS HIROKAWA and (04) RICHARD OKADA, | ) ) ) ) ) | |
| Defendant(s). | | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 17 2007

at ____ o'clock and ____ min. ____ M
SUE BEITIA, CLERK

I, Clifford B. Hunt, attorney for (02) WESLEY UEMURA, the designated Court custodian of all exhibits on the attached list herein, acknowledge receipt of said exhibits and assume full responsibility for the preservation and maintenance of said exhibits until the final disposition of this case.

DATED:    Honolulu, Hawaii, ____5/17/07____

_____
Signature

Attorney for:
(02) WESLEY UEMURA