CC'd Financial

AO 245B     (Rev. 6/05) Judgment in a Criminal Case
                Sheet 2 - Imprisonment

CASE NUMBER:    1:04CR00243-002 DAE                                Judgment - Page 3 of 7
DEFENDANT:      WESLEY UEMURA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **42 MONTHS**

This term consists of FORTY-TWO (42) MONTHS, as to each of Counts 1, and 20-33 of the Second Superseding Indictment, with all such terms to run concurrently

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 19 2008

at 9 o'clock and 16 min a.m.
SUE BEITIA, CLERK

[✓]     The court makes the following recommendations to the Bureau of Prisons:
        FPC Lompoc, or any Prison Camp on the West Coast, preferably in Southern California.
        Treatment of medical conditions. Educational/Vocational opportunities and mental health programs.

[ ]     The defendant is remanded to the custody of the United States Marshal.

[ ]     The defendant shall surrender to the United States Marshal for this district.
        [ ] at ___ on ___.
        [ ] as notified by the United States Marshal.

[✓]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
        [✓] before 2:00pm, local time on 1/15/2008.
        [ ] as notified by the United States Marshal.
        [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant Self-surrendered on 15 JAN 2008 to FEDERAL DETENTION CENTER
P.O. BOX 30547
HONOLULU, HI 96820

at _____, with a certified copy of this judgment.

                                                                                         Linda T. McGrew
                                                                                ~~UNITED STATES MARSHAL~~
                                                                                 WARDEN
                                                    By             J. Lumii
                                                                        ~~Deputy U.S. Marshal~~
                                                                        LEGAL INSTRUMENTS EXAMINER